IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ROBERT ALWOOD, | CV 14-101-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ECOLAB, INC., | |
| Defendant. | |

Upon the Parties' Joint Motion to Re-Set Deadline for Pretrial Submissions (Doc. 77), and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the Final Pretrial Order and related materials in this matter is re-set to **October 5, 2016**. All other deadlines pursuant to this Court's April 22, 2016 Scheduling Order (Doc. 38) will remain unchanged.

The Clerk of Court shall immediately notify the parties of the entry of this Order.

DATED this 27th day of September, 2016.

SUSAN P. WATTERS
United States District Judge