IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



ROBERT ALWOOD,

    Plaintiff,

vs.

ECOLAB, INC.,

    Defendant.

CV 14-101-BLG-SPW

ORDER

Upon the Plaintiff's Unopposed Motion to Allow Use of Laptop Computers at Trial (Doc. 92), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's counsel shall be allowed to use laptop computers at trial.

The clerk of court is directed to notify counsel for the parties and the Court Security Officers of the entry of this Order.

DATED this 26th day of October, 2016.

SUSAN P. WATTERS
United States District Judge