UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| ROBERT ALWOOD, | Case No. CV-14-101-BLG-SPW |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ECOLAB, INC., | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT
AGAINST PLAINTIFF.

Dated this 28th day of March, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
    Deputy Clerk